UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

TROY JOHNSON                                                                                    PLAINTIFF

v.                                          CASE NO. 3:07-CV-00004

HANJIN SHIPPING COMPANY, LTD.                                          DEFENDANT

## ORDER

Presently before the Court are Defendant's Motion to Compel, Plaintiff's Motion for Extension of Time, and Defendant's Motion to Amend Scheduling Order.

On May 21, 2008, Defendant filed its Motion to Compel requesting that the Court enter an order compelling Plaintiff to respond to Defendant's First Set of Interrogatories and Requests for Production of Documents within five (5) days of the Court's order on said motion. On June 10, 2008, Plaintiff filed his Motion for Extension of Time. Plaintiff indicates that he needs three weeks from that date in order to serve Plaintiff's Answers to Defendant's First Set of Interrogatories and Requests for Production of Documents. Plaintiff also requests that the motions deadline be extended to September 30, 2008. Plaintiff indicates that counsel for Defendant has no objection to the motion. Also on June 10, 2008, Defendant filed a motion requesting that the Court extend the motions deadline to August 11, 2008.

Currently, the discovery deadline has passed, the motions deadline is June 11, 2008, and the trial in this matter is set for August 11, 2008. Clearly, the Court cannot extend the motions deadline up to or beyond the trial date without continuing the trial date. Therefore, the Court will require Plaintiff to serve his Responses to Defendant's First Set of Interrogatories and Requests

for Production of Documents on or before July 1, 2008. Additionally, the Court will continue this case and issue a new scheduling order.

Accordingly,

IT IS THEREFORE ORDERED THAT the Defendant's Motion to Compel (Docket No. 26) shall be, and it is hereby GRANTED, to the extent stated above. Plaintiff is directed to serve his Responses to Defendant's First Set of Interrogatories and Requests for Production of Documents on or before July 1, 2008

IT IS FURTHER ORDERED THAT Plaintiff's Motion for Extension of Time (Docket No. 28) shall be, and it is hereby, GRANTED as stated above.

IT IS FURTHER ORDERED THAT Defendant's Motion to Amend Scheduling Order (Docket No. 29) shall be, and it is hereby GRANTED as stated above. The Court will issue a new scheduling order.

Dated this 12th day of June, 2008.

/s/Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE