IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

| | |
|---|---|
| TROY JOHNSON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   NO. 3:07 CV 00004 GTE |
| | ) |
| HANJIN SHIPPING COMPANY, LTD., | ) |
| | ) |
|    Defendant. | ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

COME NOW the parties by and through Counsel and state to the Court that all the differences heretofore existing in this cause between all parties have been settled and that they are in agreement that all claims may be dismissed with prejudice.

IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED that all matters existing between Plaintiff and Defendant are hereby dismissed with prejudice.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that any outstanding unpaid Court costs shall be paid by the Defendant.

/s/ Garnett Thomas Eisele
HONORABLE GARNETT THOMAS EISELE

UNITED STATES DISTRICT JUDGE

Date: __November 9, 2009_____

APPROVED:


/s Clinton J. Simpson

Clinton J. Simpson (#20284)

Leigh M. Chiles (Ark. #98223)

Elizabeth Moccaldi (TN #24608)

165 Madison Ave., Suite 2000

Memphis, TN  38103

Telephone (901) 526-2000

Facsimile (901) 577-2303

lchiles@bakerdonelson.com

csimpson@bakerdonelson.com

Attorneys for Defendant


/s  Walter Lee Bailey

Walter Lee Bailey

The Walter Bailey Law Firm, LLP

100 N. Main Street, Suite 3002

Memphis, Tennessee 38103

Telephone (901) 575-8702


Addie M. Burks, Esq

100 N. Main Street, Suite 2310

Memphis, Tennessee 38103

Attorneys for Plaintiff